UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v. | Case: 2:21-cr-20467<br>Judge: Tarnow, Arthur J.<br>MJ: Grand, David R.<br>Filed: 07-15-2021 At 08:24 AM<br>INFO USA v ZHENG (sk)<br><br>VIOLATIONS: 8 U.S.C. §1324a(a)(1)(A); 8 U.S.C. §1324a(f)(1) |

D-1   AARON ZHENG,

　　　　Defendant.
_____/

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE- COUNT TWO: (Unlawful Employment of Alien(s) -** *8 U.S.C. §1324a(a)(1)(A) and §1324a(f)(1))*

D-1   AARON ZHENG

On or about the dates listed below, in the Eastern District of Michigan and elsewhere, the defendant, AARON ZHENG, engaged in a practice and pattern of hiring for employment in the United States certain aliens whose identities are known to the grand jury, as specified in the table below, knowing that said aliens were unauthorized aliens (as defined in Title 8 United States Code, Section 1324a(a)(h)(3)), with respect to such employment.

1

| Count | Alien | Location | Dates |
|---|---|---|---|
| 1 | Elias Gonzalez-Ramos | Teppanyaki Grill & Buffet, Taylor, MI | Approx. March 2017-March 2018 |
| 2 | David Diaz-Diaz | Teppanyaki Grill & Buffet, Taylor, MI | Approx. March 2017-March 2018 |

All in violation of Title 8, United States Code, Sections 1324a(a)(1)(A) and 1324a(f)(1).

SAIMA S. MOHSIN
Acting United States Attorney

s/JONATHAN GOULDING
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI  48226-3220
(313) 226-9100
Jonathan.goulding@usdoj.gov

s/TIMOTHY P. MCDONALD
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI 48226
(313) 226-0221
tmcdonald2@usdoj.gov

s/SUSAN E. FAIRCHILD
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI 48226-3220
(313) 226-9577
susan.fairchild@usdoj.gov

Dated: July 15, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: |

**Case Title:** USA v. Aaron Zheng

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

    ____Indictment/ ✓ Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 15, 2021
Date

s/Susan E. Fairchild
Susan E. Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9577
Fax:   (313) 226-4678
E-Mail address: susan.fairchild@usdoj.gov
Attorney Bar #: P41908

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.